UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:22-cv-60078-WPD

MICHELLE CARPIO,

    Plaintiff,

v.

SMILEFY, INC., a Florida Corporation,
ZYPRIAN RALPH GEORG, individually,
and TATJANA GEORG, individually,

    Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Alexander T. Harne, Esq., of Perera Alemán, hereby respectfully enters an appearance in this matter as counsel of record for Plaintiff in the above-style matter; and requests that copies of all pleadings and documents filed with or issued with regard to the above-captioned case be sent to the undersigned.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 12, 2022, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using CM/ECF and that the foregoing documents being served this day on all counsel or parties of record via transmission of a Notice of Electronic Filing generated by CM/ECF.

                                                By: */s/ Alexander T. Harne*
                                                Alexander T. Harne, Esq.
                                                Florida Bar No. 126932
                                                harne@pba-law.com
                                                PERERA ALEMÁN
                                                12555 Orange Drive, Second Floor
                                                Davie, Florida 33134
                                                Telephone: 786-485-5232

**PERERA ALEMÁN**
12555 Orange Drive · Second Floor · Davie, FL 33330
2030 S Douglas Road · Suite 203 · Coral Gables, FL 33134
www.PBA-Law.com · Phone (786) 485.5232