AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| MICHELLE CARPIO <br><br> *Plaintiff(s)* <br> v. <br> SMILEFY, INC., a Florida Corporation, <br> ZYPRIAN RALPH GEORG, individually, <br> And TATJANA GEORG, individually, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 0:22-cv-60078-WPD |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SMILEFY, INC.
7901 4th Street N,
Suite 300
ST. Petersburg, FL 33702


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alexander T. Harne, Esq.
Florida Bar No. 126932
harne@pba-law.com
PERERA ALEMÁN
12555 Orange Drive, Second Floor
Davie, FL 33330

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jan 27, 2022



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ P. Curtis
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| MICHELLE CARPIO *Plaintiff(s)* | ) ) ) ) ) ) | |
| v. | ) ) ) | Civil Action No. 0:22-cv-60078-WPD |
| SMILEFY, INC., a Florida Corporation, ZYPRIAN RALPH GEORG, individually, And TATJANA GEORG, individually *Defendant(s)* | ) ) ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  ZYPRIAN RALPH GEORG
800 SE 4th Avenue,
Suite 606
Hallandale Beach, FL 33009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alexander T. Harne, Esq.
Florida Bar No. 126932
harne@pba-law.com
PERERA ALEMÁN
12555 Orange Drive, Second Floor
Davie, FL 33330

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jan 27, 2022

Angela E. Noble
Clerk of Court

s/ P. Curtis
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| MICHELLE CARPIO<br><br>*Plaintiff(s)*<br>v.<br><br>SMILEFY, INC., a Florida Corporation,<br>ZYPRIAN RALPH GEORG, individually,<br>And TATJANA GEORG, individually,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  0:22-cv-60078-WPD |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  TATJANA GEORG
800 SE 4th Avenue,
Suite 606
Hallandale Beach, FL 33009


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alexander T. Harne, Esq.
Florida Bar No. 126932
harne@pba-law.com
PERERA ALEMÁN
12555 Orange Drive, Second Floor
Davie, FL 33330

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jan 27, 2022

s/ P. Curtis
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court