UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MICHELLE CARPIO,

Plaintiff,

v.

Case No.:   0:22-cv-60078-WPD

SMILEFY, INC., a Florida Corporation,
ZYPRIAN RALPH GEORG, individually,
and TATJANA GEORG, individually,

Defendants.
_____/

## ORDER ON ALEXANDER T. HARNE'S MOTION TO WITHDRAW

**THIS MATTER** is before the Court on Alexander Harne's Motion to Withdraw, filed June 23, 2022. [DE 24]. The Court, having reviewed the file, noting that the Motion is unopposed, and being fully advised in the premises, finds that there is good cause to grant the relief requested in the Motion. It is therefore

**ORDERED** that the Motion [DE 24] is **GRANTED**. Alexander Harne is discharged is counsel for Defendant and is relieved of any further responsibilities in this action. Defendants will continue to be represented by the remaining counsel of record.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida, this 24th day of June, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record