UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:   0:22-cv-60078-WPD

MICHELLE CARPIO,

    Plaintiff,

v.

SMILEFY, INC., a Florida Corporation,
ZYPRIAN RALPH GEORG, individually,
and TATJANA GEORG, individually,

    Defendants.
_____/

### ORDER ON THE PARTIES' JOINT MOTION FOR EXTENSION OF THE DISCOVERY AND DISPOSITIVE MOTION DEADLINES

**THIS MATTER** is before the Court on the Parties' Joint Motion for Extension of Time filed on December 22, 2022. [DE 28]. The Court has reviewed the Joint Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Parties' Joint Motion for Extension of the Discovery and Dispositive Motion Deadlines [DE 28] is **GRANTED**.

2. The deadline to complete discovery is extended through and including March 20, 2023.

3. The deadline to file dispositive motions is extended through and including April 19, 2023.

4. No other Scheduling Order deadlines, nor the July 24, 2023 trial date, shall be affected by this extension.

5. No further extensions of time should be anticipated.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 27th day of December, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: Counsel of Record